UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PURCELL-JONES,<br><br>Plaintiff,<br><br>v.<br><br>QUENTIN BLACKFORD, et al.,<br><br>Defendants. | Case No. 24-cv-07560-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to Case No. 24-cv-00706, *Glazing Employers and Glaziers Union Local #27 Pension and Retirement Fund v. iRhythm Technologies, Inc. et al*.

**IT IS SO ORDERED.**

Dated: January 2, 2025



WILLIAM H. ORRICK
United States District Judge